# BILL OF COSTS

## TEXAS COURT OF APPEALS, EIGHTH DISTRICT, AT EL PASO

No. 08-17-00110-CV

**Maria Arambula**

v.

**Manuel Y. Enriquez and Angela Enriquez**

(No. 2012DCV05646 IN 243RD DISTRICT COURT OF EL PASO COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | TONY AGUILAR |
| MOTION FEE | $10.00 | E-PAID | TONY AGUILAR |
| MOTION FEE | $10.00 | E-PAID | TONY AGUILAR |
| REPORTER'S RECORD | $27.00 | UNKNOWN | |
| CLERK'S RECORD | $32.00 | UNKNOWN | |
| FILING | $205.00 | PAID | ANTHONY C. AGUILAR |

**Balance of costs owing to the Eighth Court of Appeals, El Paso, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, DENISE PACHECO, **CLERK** OF THE EIGHTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE EIGHTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Eighth District of Texas, this 5/23/18.

Denise Pacheco, Clerk

*Denise Pacheco*